UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIEL DOUVILLE, | § | |
| Plaintiff | § | |
| vs. | § | CIVIL ACTION NO. 4:09-cv-3921 |
| INVESTMENT RETRIEVERS, INC., | § | |
| Defendant | § | |

**ORDER ON NOTICE OF DISMISSAL**

Afer considering Plaintiff's Notice of Dismissal, the Court GRANTS the motion and dismisses the case with prejudice.

SIGNED on the 12th day of February, 2010

_____
Nancy F. Atlas
United States District Judge